**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

ELDER ARAEL ANDRES,

      Petitioner,

    v.

FERETI SEMAIA, et al,

      Respondents.

No. 5:26-cv-02325-SVW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted;

2.    The Petition is denied;

3.    Judgment shall be entered consistent with this Order; and

4.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 15, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE