JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

ELDER ARAEL ANDRES,

     Petitioner,

     v.

FERETI SEMAIA, et al,

     Respondents.

No. 5:26-cv-02325-SVW-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is denied and the action is dismissed.

DATED: June 15, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE